**MATERN LAW GROUP, PC**
MATTHEW J. MATERN (SBN 159798)
Email: mmatern@maternlawgroup.com
KAYVON SABOURIAN (SBN 310863)
Email: ksabourian@maternlawgroup.com
ANAHI C. CONTRERAS (SBN 334089)
Email: acontreras@maternlawgroup.com
2101 E. El Segundo Blvd., Suite 403
El Segundo, California 90245
Telephone: (310) 531-1900
Facsimile: (310) 531-1901

Attorneys for Plaintiff
JOSEPH PITTS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH PITTS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHWEST AIRLINES, CO., a Texas corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: 3:24:cv-06936-TSH<br><br>**STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL**<br><br>Judge:        Hon. Thomas Hixson<br><br>Pretrial Conf.:        March 19, 2026<br>Final Pretrial Conf.: April 16, 2026<br>Trial:        April 27, 2026 |

MATERN LAW
GROUP, PC
2101 E. EL SEGUNDO
BLVD., STE 403
EL SEGUNDO, CA 90245

STIPULATION AND ORDER OF DISMISSAL

Plaintiff Joseph Pitts and Defendant Southwest Airlines, Co. hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: March 9, 2026        **MATERN LAW GROUP, PC**

By:   */s/ Kayvon Sabourian*
By: KAYVON SABOURIAN
Attorneys for Plaintiff JOSEPH PITTS

Dated: March 9, 2026        **GORDON REES SCULLY MANSOKHANI**

By:   */s/ Marcie Fitzsimmons*
By: MARCIE FITZSIMMONS
Attorneys for Defendant SOUTHWEST AIRLINES, CO.

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: March 10, 2026

_____

HON. THOMAS HIXSON

United States Magistratge Judge

MATERN LAW
GROUP, PC
2101 E. EL SEGUNDO
BLVD., STE 403
EL SEGUNDO, CA 90245

-2-                          STIPULATION AND ORDER OF DISMISSAL